DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

KEVIN M. COLES (CA SBN 271518)
KColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
ROSS STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JACOBO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROSS STORES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15−cv−04701−MMM (AGRx)<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:　February 8, 2016<br>Time:　10:00 a.m.<br>Dept.:　780<br>Judge:　Hon. Margaret M. Morrow |

TO PLAINTIFFS AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Ross Stores, Inc. ("Ross") hereby requests that this Court take judicial notice of the documents attached to this Request for Judicial Notice ("RJN") as Exhibits A-D.

**Exhibit A:** Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint at 6, *Linda Rubenstein v. The Neiman Marcus Group LLC, et al.*, No. 14-cv-07155-SJO (JPRx) (C.D. Cal March 2, 2015), ECF No. 32.

**Exhibit B:** Order Granting in Part and Denying in Part Defendant's Motion to Dismiss, *Branca v. Nordstrom, Inc.*, No. 14-cv-2062-MMA (JMA) (S.D. Cal. March 20, 2015), ECF No. 18.

**Exhibit C:** Order Granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, *Linda Rubenstein v. The Neiman Marcus Group LLC, et al.*, No. 14-cv-07155 (C.D. Cal. May 12, 2015), ECF No. 45.

**Exhibit D:** Order Denying Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, *Branca v. Nordstrom, Inc.*, No. 14-cv-2062 (S.D. Cal. Oct. 9, 2015), ECF No. 30.

Ross makes this request based on the attached Memorandum of Points and Authorities, all pleadings and records on file in this action, and such briefing, papers and argument as may be permitted in this matter.

Dated: October 29, 2015                MORRISON & FOERSTER LLP

                                       By:   /s/ *David F. McDowell*
                                             DAVID F. MCDOWELL

                                       Attorneys for Defendant
                                       ROSS STORES, INC.

# MEMORANDUM OF POINTS AND AUTHORITIES

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is not subject to reasonable dispute because it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. The Court may take judicial notice of Exhibits A-D as official records not subject to reasonable dispute and capable of accurate and ready determination. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (allowing judicial notice of court filings and other matters of public record); *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of court filings and matters of public record).

Exhibits A and C are copies of official court records on file with the United States District Court for the District of Central California. Exhibits B and D are copies of official court records on file with the United States District Court for the District of Southern California.

For the foregoing reasons, Ross respectfully requests that this Court take judicial notice of Exhibits A-D.

Dated: October 29, 2015                MORRISON & FOERSTER LLP


By:     /s/ *David F. McDowell*
          DAVID F. MCDOWELL

Attorneys for Defendant
ROSS STORES, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of October, 2015, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated:  October 29, 2015        MORRISON & FOERSTER LLP

                                By:    /s/ *David F. McDowell*
                                       DAVID F. MCDOWELL

                                Attorneys for Defendant
                                ROSS STORES, INC.