Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiff JOSE JACOBO, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOSE JACOBO, et al.,<br><br>              Plaintiffs,<br><br>    vs.<br><br>ROSS STORES, INC., *et al*.,<br><br>              Defendants. | Case No. 2:15-cv-04701-MWF-AGRx<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Courtroom: 1600<br>Date: February 5, 2016<br>Time: 11:00 a.m.<br>Judge: Hon. Michael W. Fitzgerald |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 5, 2016, at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 1600 of the above-captioned Court, located at 312 North Spring Street, Los Angeles, California 90012, in connection with their Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, Plaintiffs Jose Jacobo and Theresa Metoyer will and hereby do request that the Court take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1.  The court's Statement of Decision in *People of the State of California v. Overstock.com, Inc.,* Alameda Superior Court Case No. RG10-546833, dated February 5, 2014.  (Hon. Waynne S. Carvill) (Exhibit A);

2.  Order Denying Defendant Burlington Coat Factory of California, LLC's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 30) in *James Horosny, et al., v. Burlington Coat Factory of CA, LLC, et al*., 15-cv-05005-SJO (MRWx) (U.S.D.C. C.D. Cal., October 26, 2015 (Exhibit B);

3.  Order Denying Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 26) in *Kevin Branca v. Nordstrom, Inc*., 14-cv-02062-MMA (JMA) (U.S.D.C. S.D. Cal., October 9, 2015) (Exhibit C);

4.  Order Denying Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 32) in *Steven Russell, et al., v. Kohl's Department Stores, Inc*., 5:15-cv-01143-RGK-SP (U.S.D.C. C.D. Cal., October 6, 2015) (Exhibit D);

The Court may take judicial notice of court filings and other matters of public record.  *Allen v. City of Los Angeles,* 92 F.3d 842, 850 (9th Cir. 1992) (federal courts

REQUEST FOR JUDICIAL NOTICE

1    may take judicial notice of proceedings in other courts, both within and without the

2    federal judicial system) (overruled on other grounds).

3

4

5    Dated:  January 15, 2016      LAW OFFICE OF CHRISTOPHER J. MOROSOFF

6

7

8                     By: _/s/ Christopher J. Morosoff_____
                         CHRISTOPHER J. MOROSOFF
                         Attorneys for Plaintiffs JOSE JACOBO, et al.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE