UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-4701-MWF(AGRx)**                              Dated: **February 11, 2016**

Title:      Jose Jacobo -v- Ross Stores, Inc. et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

    Rita Sanchez                          Sandra MacNeil
    Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    Douglas Caiafa                         David McDowell
    Christopher Morosoff


PROCEEDINGS:    MOTION TO DISMISS FIRST AMENDED COMPLAINT [25]; SCHEDULING CONFERENCE


    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.


                                                    Initials of Deputy Clerk   rs
                                    -1-                              : 30 min