UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 15-4701-MWF(AGRx)**                    Dated: **June 13, 2016**

Title:        Jose Jacobo -*v*- Ross Stores, Inc. et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

              Rita Sanchez                     Naren L. Jansen
              Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

              Douglas Caiafa                     David McDowell
              Christopher Morosoff


**PROCEEDINGS:   MOTION TO DISMISS SECOND AMENDED COMPLAINT [25]**

        The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

        Case called, and counsel make their appearance.   The Court hears oral argument from counsel and takes the matter under submission.  An order will issue.


                                        Initials of Deputy Clerk   _rs_

                            -1-                        : 06 min