1   DAVID F. MCDOWELL (CA SBN 125806)
    DMcDowell@mofo.com
2   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
3   Los Angeles, California 90017-3543
    Telephone: 213.892.5200
4   Facsimile: 213.892.5454

5   KEVIN M. COLES (CA SBN 271518)
    KColes@mofo.com
6   MORRISON & FOERSTER LLP
    425 Market Street
7   San Francisco, California 94105-2482
    Telephone: 415.268.7000
8   Facsimile: 415.268.7522

9   Attorneys for Defendant
    ROSS STORES, INC.

10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14   JOSE JACOBO, et al.,                    Case No. 2:15−cv−04701−MWF (AGRx)

15              Plaintiffs,                   **DEFENDANT ROSS STORE, INC.'S
                                              ANSWER TO PLAINTIFFS'**
16         v.                                 **SECOND AMENDED COMPLAINT**

17   ROSS STORES, INC., a Delaware            Dept.:   1600
     Corporation, and DOES 1 through 100,     Judge:   Hon. Michael W. Fitzgerald
18   inclusive,

19              Defendants.

20

21

22

23

24

25

26

27

28

Defendant Ross Stores, Inc., by and through undersigned counsel, hereby responds to Plaintiffs' numbered Second Amended Complaint as follows:

**JURISDICTION AND VENUE**

1.      Defendant admits the allegations in this paragraph of the Second Amended Complaint.

2.      The Court dismissed Plaintiffs' CLRA claims by order dated June 17, 2016 (ECF No. 56).  Defendant admits the remainder of this paragraph of the Second Amended Complaint.

3.      Defendant admits the allegations in this paragraph of the Second Amended Complaint.

4.      Defendant admits the allegations in this paragraph of the Second Amended Complaint.

5.      Defendant denies the alleged violations of law have been carried out within the County of Los Angeles or throughout the State of California.  Defendant admits transacting business within the County of Los Angeles and elsewhere throughout California.

**INTRODUCTION**

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and on that basis denies each and every allegation contained therein.

7.      Defendant admits being a large national retailer that owns and operates a chain of department stores in California.  Defendant admits using price tags displaying selling prices and comparison prices on items in its stores.  Defendant denies as to the remainder of the allegations in paragraph 7.

**PARTIES**

8.      Defendant denies using false, deceptive or misleading advertising, marketing and pricing schemes.  Defendant denies causing Jacobo to lose money and/or property, or to suffer any other damages.  Defendant is without knowledge

1

or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8, and on that basis denies each and every such allegation contained therein.

9.   Defendant denies using false, deceptive or misleading advertising, marketing and pricing schemes.  Defendant denies causing Metoyer to lose money and/or property, or to suffer any other damages.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9, and on that basis denies each and every such allegation contained therein.

10.   Defendant admits the allegations in this paragraph of the Second Amended Complaint.

11.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

## FACTUAL ALLEGATIONS

12.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and on that basis denies each and every allegation contained therein.

13.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and on that basis denies each and every allegation contained therein.

14.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and on that basis denies each and every allegation contained therein.

15.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

16.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

17.   Defendant denies each and every allegation in this paragraph of the

1   Second Amended Complaint.

2       18.    Defendant is without knowledge or information sufficient to form a

3   belief as to what others are led to believe.  Defendant denies as to remainder of

4   paragraph.

5       19.    Defendant admits it presented reference prices with the phrase

6   "Compare At" between June 20, 2011 and late 2015.  Defendant denies the

7   allegation to the extent it refers to any time after late 2015.

8       20.    Defendant is without knowledge or information sufficient to form a

9   belief as to the truth of the allegations in paragraph 20, and on that basis denies

10  each and every allegation contained therein.

11      21.    Defendant avers the document speaks for itself.  Defendant is without

12  knowledge or information sufficient to form a belief as to the truth of the

13  allegations in paragraph 21, and on that basis denies each and every allegation

14  contained therein.

15      22.    Defendant avers the document speaks for itself.  Defendant is without

16  knowledge or information sufficient to form a belief as to the truth of the

17  allegations in paragraph 22, and on that basis denies each and every allegation

18  contained therein.

19      23.    Defendant avers the document speaks for itself.  Defendant is without

20  knowledge or information sufficient to form a belief as to the truth of the

21  allegations in paragraph 23, and on that basis denies each and every allegation

22  contained therein.

23      24.    Defendant avers the document speaks for itself.  Defendant is without

24  knowledge or information sufficient to form a belief as to the truth of the

25  allegations in paragraph 24, and on that basis denies each and every allegation

26  contained therein.

27      25.    Defendant denies each and every allegation in this paragraph of the

28  Second Amended Complaint.

1        26.    Defendant avers the document speaks for itself.  Defendant is without

2    knowledge or information sufficient to form a belief as to the truth of the

3    allegations in paragraph 26, and on that basis denies each and every allegation

4    contained therein.

5        27.    Defendant is without knowledge or information sufficient to form a

6    belief as to the truth of the allegations in paragraph 27, and on that basis denies

7    each and every allegation contained therein.

8        28.    Defendant is without knowledge or information sufficient to form a

9    belief as to the truth of the allegations in paragraph 28, and on that basis denies

10   each and every allegation contained therein.

11       29.    Defendant avers the document speaks for itself and provides guidelines

12   applicable only to online advertising, not the price tags at issue here, and on that

13   basis deny the allegations in paragraph 29.

14       30.    Defendant denies each and every allegation in this paragraph of the

15   Second Amended Complaint.

16       31.    Defendant avers that the document speaks for itself.

17       32.    Defendant avers that the document speaks for itself.

18       33.    Defendant denies each and every allegation in this paragraph of the

19   Second Amended Complaint.

20       34.    Defendant denies each and every allegation in this paragraph of the

21   Second Amended Complaint.

22       35.    Defendant is without knowledge or information sufficient to form a

23   belief as to the truth of the allegations in paragraph 35 regarding Plaintiffs' beliefs,

24   and on that basis denies each and every allegation contained therein.

25       36.    Defendant avers that the document speaks for itself.

26       37.    Defendant denies each and every allegation in this paragraph of the

27   Second Amended Complaint.

28       38.    Defendant is without knowledge or information sufficient to form a

1    belief as to the truth of the allegations in paragraph 38, and on that basis denies

2    each and every allegation contained therein.

3          39.    Defendant is without knowledge or information sufficient to form a

4    belief as to the truth of the allegations in paragraph 39, and on that basis denies

5    each and every allegation contained therein.

6          40.    Defendant admits that the words "similar item" do not appear on price

7    tags of items sold at Ross.  Defendant denies the remainder of the allegations in

8    paragraph 40.

9          41.    Defendant is without knowledge or information sufficient to form a

10   belief as to the truth of the allegations in paragraph 41 regarding Plaintiffs' beliefs,

11   and on that basis denies each and every allegation contained therein.

12         42.    Defendant is without knowledge or information sufficient to form a

13   belief as to the truth of the allegations in paragraph 42 regarding Plaintiffs' beliefs,

14   and on that basis denies each and every allegation contained therein.

15         43.    Defendant is without knowledge or information sufficient to form a

16   belief as to the truth of the allegations in paragraph 43 regarding Plaintiffs' beliefs,

17   and on that basis denies each and every allegation contained therein.

18         44.    Defendant is without knowledge or information sufficient to form a

19   belief as to the truth of the allegations in paragraph 44 regarding Plaintiffs' beliefs,

20   and on that basis denies each and every allegation contained therein.

21         45.    Defendant denies each and every allegation in this paragraph of the

22   Second Amended Complaint.

23         46.    Defendant is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations in paragraph 46 regarding Plaintiffs' or other

25   consumers' beliefs, and on that basis denies each and every allegation contained

26   therein.

27         47.    Defendant is without knowledge or information sufficient to form a

28   belief as to the truth of the allegations in paragraph 47 regarding Plaintiffs'

experiences and beliefs, and on that basis denies each and every allegation contained therein.

48.     Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

49.     Defendant admits the allegations in this paragraph of the Second Amended Complaint.

50.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50, and on that basis denies each and every allegation contained therein.

51.     Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.  Defendant avers the document speaks for itself.

52.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52, and on that basis denies each and every allegation contained therein.

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53, and on that basis denies each and every allegation contained therein.

54.     Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

55.     Defendant admits that "Compare At" is not defined on Defendant's price tags.  Defendant denies the remainder of the allegations in paragraph 55.

56.     Defendant admits that "Compare At" is not defined on Defendant's price tags.  Defendant denies the remainder of the allegations in paragraph 56.

57.     Defendant denies the characterization of Defendant's use of the phrase "Compare At."  Defendant denies that consumers must visit a website for the meaning of the phrase "Compare At."

58.     Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

1      59.    Defendant is without knowledge or information sufficient to form a

2    belief as to Plaintiffs' and other consumers' interpretations of "Compare At" prices,

3    and on that basis denies the allegations in paragraph 59.

4      60.    Defendant admits that, viewed in light of Defendant's definition,

5    Defendant's "Compare At" price could be the selling price of the same item at other

6    full-price department or specialty stores, or that it could be the selling price of a

7    "similar" product.  Defendant denies the remainder of the allegations in paragraph

8    60.

9      61.    Defendant denies each and every allegation in this paragraph of the

10   Second Amended Complaint.

11     62.    Defendant is without knowledge or information sufficient to form a

12   belief as to the truth of the allegations in paragraph 62 regarding Plaintiffs' beliefs,

13   and on that basis denies each and every allegation contained therein.

14     63.    Defendant denies each and every allegation in this paragraph of the

15   Second Amended Complaint.

16     64.    Defendant avers the document speaks for itself.

17     65.    Defendant is without knowledge or information sufficient to form a

18   belief as to the truth of the allegations in paragraph 65 regarding Plaintiffs' or other

19   consumers' beliefs, and on that basis denies each and every allegation contained

20   therein.

21     66.    Defendant denies making any deceptive, misleading, and/or false

22   representations of comparative prices or false representations of purported savings,

23   discounts or bargains.  Defendant is without knowledge or information sufficient to

24   form a belief as to the truth of the remaining allegations in paragraph 66, and on

25   that basis denies each and every allegation contained therein.

26     67.    Defendant is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations in paragraph 67 regarding Plaintiffs' or other

28   consumers' beliefs, and on that basis denies each and every allegation contained

therein.

68.    Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

69.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69, and on that basis denies each and every allegation contained therein.

70.    Defendant avers the document speaks for itself.

71.    Defendant avers the document speaks for itself.

72.    Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

73.    Defendant avers the document speaks for itself.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 regarding an unnamed "buyer intern", and on that basis denies the allegations in paragraph 73.  Defendant denies that 70% or the "vast majority" of items sold at Ross are items produced exclusively for Ross and sold only at Ross stores.

74.    Defendant denies using the comparative reference phrase "Compare At" since late 2015.  Defendant denies the characterization of Defendant's use of the phrase "Compare At."

75.    Defendant denies using the comparative reference phrase "Compare At" since late 2015.  Defendant denies the characterization of Defendant's use of the phrase "Compare At."

76.    Defendant admits the allegations in this paragraph of the Second Amended Complaint.

77.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77, and on that basis denies each and every allegation contained therein.

78.    Defendant is without knowledge or information sufficient to form a

8

1  belief as to the truth of the allegations in paragraph 78, and on that basis denies
2  each and every allegation contained therein.

3      79.    Defendant denies each and every allegation in this paragraph of the
4  Second Amended Complaint.

5      80.    Defendant denies each and every allegation in this paragraph of the
6  Second Amended Complaint.

7      81.    Defendant admits that it disclosed the meaning of "Compare At."
8  Defendant denies each and every remaining allegation in paragraph 81.

9      82.    Defendant avers the document speaks for itself.

10     83.    Defendant admits disclosing the meaning of "Compare At" on its
11  website and on signs in its stores.  Defendant denies each and every remaining
12  allegation in paragraph 83.

13     84.    Defendant avers the document speaks for itself.  Defendant denies that
14  its use of the comparative reference phrase "Compare At" is misleading or
15  deceptive.

16     85.    Defendant denies each and every allegation in this paragraph of the
17  Second Amended Complaint.

18     86.    Defendant denies each and every allegation in this paragraph of the
19  Second Amended Complaint.

20     87.    Defendant is without knowledge or information sufficient to form a
21  belief as to the truth of the allegations in paragraph 87, and on that basis denies
22  each and every allegation contained therein.

23     88.    Defendant denies ascribing a secret, undisclosed meaning of the phrase
24  "Compare At."  Defendant is without knowledge or information sufficient to form a
25  belief as to the truth of the allegations in paragraph 88 regarding what Plaintiffs or
26  other consumers would ascribe to the term, and on that basis denies each and every
27  such allegation contained therein.  Defendant denies that its use of the term is
28  deceptive, misleading and/or likely to mislead reasonable consumers.

1      89.    Defendant denies each and every allegation in this paragraph of the

2   Second Amended Complaint.

3      90.    Defendant denies each and every allegation in this paragraph of the

4   Second Amended Complaint.

5      91.    Defendant denies it failed to adequately disclose its definition of the

6   term "Compare At."  Defendant is without knowledge or information sufficient to

7   form a belief as to the truth of the remaining allegations in paragraph 91, and on

8   that basis denies each and every such allegation contained therein.

9      92.    Defendant denies each and every allegation in this paragraph of the

10  Second Amended Complaint.

11     93.    Defendant denies the characterization.

12     94.    Defendant admits providing a disclosure of its definition of its

13  "Compare At" prices on its website.

14     95.    Defendant avers the document speaks for itself.

15     96.    Defendant avers the document speaks for itself.

16     97.    Defendant avers the document speaks for itself.

17     98.    Defendant avers the document speaks for itself.

18     99.    Defendant denies each and every allegation in this paragraph of the

19  Second Amended Complaint.

20     100.   Defendant denies each and every allegation in this paragraph of the

21  Second Amended Complaint.

22     101.   Defendant admits disclosing its definition of "Compare At" on its

23  website and on signage in its stores.  Defendant denies the remainder of allegations

24  in paragraph 101.

25     102.   Defendant denies each and every allegation in this paragraph of the

26  Second Amended Complaint.

27     103.   Defendant is without knowledge or information sufficient to form a

28  belief as to the truth of the allegations in paragraph 103, and on that basis denies

1    each and every allegation contained therein.

2        104.   Defendant avers the document speaks for itself.

3        105.   Defendant denies each and every allegation in this paragraph of the

4    Second Amended Complaint.

5        106.   Defendant avers the document speaks for itself.

6        107.   Defendant denies each and every allegation in this paragraph of the

7    Second Amended Complaint.

8        108.   Defendant avers the document speaks for itself.

9        109.   Defendant denies each and every allegation in this paragraph of the

10    Second Amended Complaint.

11        110.   Defendant denies each and every allegation in this paragraph of the

12    Second Amended Complaint.

13        111.   Defendant avers the document speaks for itself.

14        112.   Defendant denies each and every allegation in this paragraph of the

15    Second Amended Complaint.

16        113.   Defendant avers the document speaks for itself.

17        114.   Defendant denies each and every allegation in this paragraph of the

18    Second Amended Complaint.

19        115.   Defendant avers the document speaks for itself.

20        116.   Defendant denies each and every allegation in this paragraph of the

21    Second Amended Complaint.

22        117.   Defendant avers the document speaks for itself.

23        118.   Defendant denies each and every allegation in this paragraph of the

24    Second Amended Complaint.

25        119.   Defendant denies each and every allegation in this paragraph of the

26    Second Amended Complaint.  Defendant is without knowledge or information

27    sufficient to form a belief as to the truth of the allegations in paragraph 119

28    regarding Plaintiffs' beliefs, and on that basis denies each and every such allegation

1    contained therein.

2         120.   Defendant denies each and every allegation in this paragraph of the

3    Second Amended Complaint.

4         121.   Defendant denies the characterization of law.

5         122.   Defendant denies making false and/or misleading comparative pricing

6    representations.  Defendant is without knowledge or information sufficient to form

7    a belief as to the truth of the allegations in paragraph 122 regarding Plaintiffs'

8    actions or motivations, and on that basis denies each and every such allegation

9    contained therein.

10        123.   Defendant denies each and every allegation in this paragraph of the

11   Second Amended Complaint.  Defendant is without knowledge or information

12   sufficient to form a belief as to the truth of the allegations in paragraph 123

13   regarding Plaintiffs' beliefs, and on that basis denies each and every such

14   allegation.

15        124.   Defendant denies each and every allegation in this paragraph of the

16   Second Amended Complaint.

17        125.   Defendant denies each and every allegation in this paragraph of the

18   Second Amended Complaint.

19        126.   Defendant denies each and every allegation in this paragraph of the

20   Second Amended Complaint.

21        127.   Defendant denies each and every allegation in this paragraph of the

22   Second Amended Complaint.

23        128.   Defendant denies each and every allegation in this paragraph of the

24   Second Amended Complaint.

25        129.   Defendant denies each and every allegation in this paragraph of the

26   Second Amended Complaint.

27        130.   Defendant is without knowledge or information sufficient to form a

28   belief as to the truth of the allegations in paragraph 130 regarding Plaintiffs' beliefs,

1    and on that basis denies each and every allegation contained therein.

2        131.   Defendant denies each and every allegation in this paragraph of the

3    Second Amended Complaint.

4        132.   Defendant denies each and every allegation in this paragraph of the

5    Second Amended Complaint.

6        133.   Defendant denies each and every allegation in this paragraph of the

7    Second Amended Complaint.

8        134.   Defendant denies each and every allegation in this paragraph of the

9    Second Amended Complaint.

10       135.   Defendant denies using pervasive or rampant false or misleading

11   advertising and marketing campaign.

12       136.   Defendant denies using false, deceptive and/or misleading advertising

13   or price comparisons.  Defendant is without knowledge or information sufficient to

14   form a belief as to the truth of the allegations in paragraph 136 regarding Plaintiffs'

15   actions, and on that basis denies each and every allegation contained therein.

16       137.   Defendant is without knowledge or information sufficient to form a

17   belief as to the truth of the allegations in paragraph 137, and on that basis denies

18   each and every allegation contained therein.

19       138.   Defendant is without knowledge or information sufficient to form a

20   belief as to the truth of the allegations in paragraph 138, and on that basis denies

21   each and every allegation contained therein.

22       139.   Defendant is without knowledge or information sufficient to form a

23   belief as to the truth of the allegations in paragraph 139, and on that basis denies

24   each and every allegation contained therein.

25       140.   Defendant is without knowledge or information sufficient to form a

26   belief as to the truth of the allegations in paragraph 140, and on that basis denies

27   each and every allegation contained therein.

28       141.   Defendant is without knowledge or information sufficient to form a

1   belief as to the truth of the allegations in paragraph 141, and on that basis denies

2   each and every allegation contained therein.

3          142.   Defendant is without knowledge or information sufficient to form a

4   belief as to the truth of the allegations in paragraph 142, and on that basis denies

5   each and every allegation contained therein.

6          143.   Defendant is without knowledge or information sufficient to form a

7   belief as to the truth of the allegations in paragraph 143, and on that basis denies

8   each and every allegation contained therein.

9          144.   Defendant is without knowledge or information sufficient to form a

10   belief as to the truth of the allegations in paragraph 144, and on that basis denies

11   each and every allegation contained therein.

12          145.   Defendant is without knowledge or information sufficient to form a

13   belief as to the truth of the allegations in paragraph 145, and on that basis denies

14   each and every allegation contained therein.

15          146.   Defendant is without knowledge or information sufficient to form a

16   belief as to the truth of the allegations in paragraph 146, and on that basis denies

17   each and every allegation contained therein.

18          147.   Defendant is without knowledge or information sufficient to form a

19   belief as to the truth of the allegations in paragraph 147, and on that basis denies

20   each and every allegation contained therein.

21          148.   Defendant denies each and every allegation in this paragraph of the

22   Second Amended Complaint.

23          149.   Defendant denies each and every allegation in this paragraph of the

24   Second Amended Complaint.

25          150.   Defendant is without knowledge or information sufficient to form a

26   belief as to the truth of the allegations in paragraph 150, and on that basis denies

27   each and every allegation contained therein.

28          151.   Defendant is without knowledge or information sufficient to form a

1   belief as to the truth of the allegations in paragraph 151, and on that basis denies

2   each and every allegation contained therein.

3         152.   Defendant is without knowledge or information sufficient to form a

4   belief as to the truth of the allegations in paragraph 152, and on that basis denies

5   each and every allegation contained therein.

6         153.   Defendant is without knowledge or information sufficient to form a

7   belief as to the truth of the allegations in paragraph 153, and on that basis denies

8   each and every allegation contained therein.

9         154.   Defendant denies failing to clearly, conspicuously or adequately

10  disclose its definition of "Compare At" pricing.  Defendant is without knowledge or

11  information sufficient to form a belief as to the truth of the allegations in paragraph

12  154, and on that basis denies each and every allegation contained therein.

13        155.   Defendant is without knowledge or information sufficient to form a

14  belief as to the truth of the allegations in paragraph 155, and on that basis denies

15  each and every allegation contained therein.

16        156.   Defendant is without knowledge or information sufficient to form a

17  belief as to the truth of the allegations in paragraph 156, and on that basis denies

18  each and every allegation contained therein.

19        157.   Defendant is without knowledge or information sufficient to form a

20  belief as to the truth of the allegations in paragraph 157, and on that basis denies

21  each and every allegation contained therein.

22        158.   Defendant is without knowledge or information sufficient to form a

23  belief as to the truth of the allegations in paragraph 158, and on that basis denies

24  each and every allegation contained therein.

25        159.   Defendant is without knowledge or information sufficient to form a

26  belief as to the truth of the allegations in paragraph 159, and on that basis denies

27  each and every allegation contained therein.

28        160.   Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations in paragraph 160, and on that basis denies each and every allegation contained therein.

161.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161, and on that basis denies each and every allegation contained therein.

162.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162, and on that basis denies each and every allegation contained therein.

163.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163, and on that basis denies each and every allegation contained therein.

164.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164, and on that basis denies each and every allegation contained therein.

165.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165, and on that basis denies each and every allegation contained therein.

166.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166, and on that basis denies each and every allegation contained therein.

167.   Defendant denies knowledge of which items Metoyer purchased. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 167, and on that basis denies each and every such allegation contained therein.

168.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

169.   Defendant admits the words "similar product" do not appear on its price tags.  Defendant denies the remainder of allegations in paragraph 169.

1    170.   Defendant denies each and every allegation in this paragraph of the

2  Second Amended Complaint.

3    171.   Defendant is without knowledge or information sufficient to form a

4  belief as to the truth of the allegations in paragraph 171, and on that basis denies

5  each and every allegation contained therein.

6    172.   Defendant is without knowledge or information sufficient to form a

7  belief as to the truth of the allegations in paragraph 172, and on that basis denies

8  each and every allegation contained therein.

9    173.   Defendant denies failing to clearly, conspicuously or adequately

10  disclose its definition of "Compare At" pricing.  Defendant is without knowledge or

11  information sufficient to form a belief as to the truth of the remaining allegations in

12  paragraph 173, and on that basis denies each and every such allegation contained

13  therein.

14    174.   Defendant denies its "Compare At" pricing was false, misleading

15  and/or deceptive.  Defendant is without knowledge or information sufficient to

16  form a belief as to the truth of the remaining allegations in paragraph 174, and on

17  that basis denies each and every allegation contained therein.

18    175.   Defendant denies making any false, misleading and/or deceptive

19  advertising and/or misrepresentations.  Defendant is without knowledge or

20  information sufficient to form a belief as to the truth of the remaining allegations in

21  paragraph 175, and on that basis denies each and every such allegation contained

22  therein.

23    176.   Defendant denies making any false, and/or deceptive, and/or

24  misleading advertising, and/or misrepresentations.  Defendant is without knowledge

25  or information sufficient to form a belief as to the truth of the remaining allegations

26  in paragraph 176, and on that basis denies each and every such allegation contained

27  therein.

28    177.   Defendant denies each and every allegation in this paragraph of the

Second Amended Complaint.

178.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

179.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

180.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

181.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

182.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182, and on that basis denies each and every allegation contained therein.

183.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

184.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

185.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

186.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

187.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

188.   Defendant denies that all common questions of law and/or fact in this case are susceptible to common proof.

189.   Defendant denies that resolution of the common questions of law and/or fact in this case will resolve all issues that are central to Plaintiffs' claims and the claims of all other putative class members.

190.   Defendant denies each and every allegation in this paragraph of the

1   Second Amended Complaint.

2        191.   Defendant denies each and every allegation in this paragraph of the

3   Second Amended Complaint.

4        192.   Defendant denies each and every allegation in this paragraph of the

5   Second Amended Complaint.

6        193.   Defendant denies each and every allegation in this paragraph of the

7   Second Amended Complaint.

8        194.   Defendant denies each and every allegation in this paragraph of the

9   Second Amended Complaint.

10        195.   Defendant denies each and every allegation in this paragraph of the

11   Second Amended Complaint.

12        196.   Defendant denies each and every allegation in this paragraph of the

13   Second Amended Complaint.

14        197.   Defendant denies each and every allegation in this paragraph of the

15   Second Amended Complaint.

16        198.   Defendant denies each and every allegation in this paragraph of the

17   Second Amended Complaint.

18        199.   Defendant denies each and every allegation in this paragraph of the

19   Second Amended Complaint.

20        200.   Defendant denies each and every allegation in this paragraph of the

21   Second Amended Complaint.

22        201.   Defendant denies each and every allegation in this paragraph of the

23   Second Amended Complaint.

24        202.   Defendant denies each and every allegation in this paragraph of the

25   Second Amended Complaint.

26        203.   Defendant is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations in paragraph 203, and on that basis denies

28   each and every allegation contained therein.

204.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

205.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

## FIRST CAUSE OF ACTION

## UNFAIR BUSINESS PRACTICES

206.   Defendant incorporates by reference, as though fully set forth herein, all previous paragraphs of this Answer.

207.   Defendant avers the law speaks for itself.

208.   Defendant avers the law speaks for itself.

209.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

210.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

211.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

212.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

213.   Defendant denies its "Compare At" prices were not true, accurate and verified comparative reference prices.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 213, and on that basis denies each and every such allegation contained therein.

214.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

215.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

## SECOND CAUSE OF ACTION

## FRAUDULENT BUSINESS PRACTICES

216.   Defendant incorporates by reference, as though fully set forth herein, all previous paragraphs of this Answer.

217.   Defendant avers the law speaks for itself.

218.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

219.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

220.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

221.   Defendant denies each and every allegation in this paragraph of the Second Amended Complaint.

## THIRD CAUSE OF ACTION

## UNLAWFUL BUSINESS PRACTICES

222.   Defendant incorporates by reference, as though fully set forth herein, all previous paragraphs of this Answer.

223.   Defendant avers the law speaks for itself.

224.   Plaintiffs' claims under the "unlawful" prong of the UCL based on violations of the FTCA were dismissed by order dated June 17, 2016.

225.   Plaintiffs' claims under the "unlawful" prong of the UCL based on violations of Cal. Civ. Code §1770(a) were dismissed by order dated June 17, 2016.

226.   Plaintiffs' claims under the "unlawful" prong of the UCL based on violations of Cal. Civ. Code §1770(a) were dismissed by order dated June 17, 2016.

227.   Plaintiffs' claims under the "unlawful" prong of the UCL based on violations of Cal. Civ. Code §1770(a) were dismissed by order dated June 17, 2016.

228.   Plaintiffs' claims under the "unlawful" prong of the UCL based on violations of Cal. Civ. Code §1770(a) were dismissed by order dated June 17, 2016.

1  Defendant denies use of or reference to materially misleading, deceptive, and/or

2  false "Compare At" prices on the price tags of merchandise sold to consumers in

3  California.

4      229.   Defendant denies each and every allegation in this paragraph of the

5  Second Amended Complaint.

6      230.   Defendant denies each and every allegation in this paragraph of the

7  Second Amended Complaint.

8                            **FOURTH CAUSE OF ACTION**

9                              **FALSE ADVERTISING**

10     231.   Defendant incorporates by reference, as though fully set forth herein,

11  all previous paragraphs of this Answer.

12     232.   Defendant avers the law speaks for itself.

13     233.   Defendant avers the law speaks for itself.

14     234.   Defendant denies each and every allegation in this paragraph of the

15  Second Amended Complaint.

16     235.   Defendant denies each and every allegation in this paragraph of the

17  Second Amended Complaint.

18     236.   Defendant denies each and every allegation in this paragraph of the

19  Second Amended Complaint.

20     237.   Defendant denies each and every allegation in this paragraph of the

21  Second Amended Complaint.

22     238.   Defendant denies each and every allegation in this paragraph of the

23  Second Amended Complaint.

24     239.   Defendant denies each and every allegation in this paragraph of the

25  Second Amended Complaint.

26     240.   Defendant denies each and every allegation in this paragraph of the

27  Second Amended Complaint.

28     241.   Defendant denies each and every allegation in this paragraph of the

1   Second Amended Complaint.

2   **FIFTH CAUSE OF ACTION**

3   **VIOLATION OF CALIFORNIA CONSUMER LEGAL REMEDIES ACT**

4   242.   Defendant incorporates by reference, as though fully set forth herein,

5   all previous paragraphs of this Answer.

6   243.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

7   244.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

8   245.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

9   246.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

10   247.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

11   248.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

12   249.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

13   250.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

14   251.   Plaintiffs' CLRA claims were dismissed by order dated June 17, 2016.

15   **ANSWER TO PRAYER FOR RELIEF**

16   1.   Defendant denies the Plaintiffs are entitled to the relief requested in

17   paragraph 1 of the prayer for relief.

18   2.   Defendant denies the Plaintiffs are entitled to the relief requested in

19   paragraph 2 of the prayer for relief.

20   3.   Defendant denies the Plaintiffs are entitled to the relief requested in

21   paragraph 3 of the prayer for relief.

22   4.   Defendant denies the Plaintiffs are entitled to the relief requested in

23   paragraph 4 of the prayer for relief.

24   5.   Defendant denies the Plaintiffs are entitled to the relief requested in

25   paragraph 5 of the prayer for relief.

26   6.   Defendant denies the Plaintiffs are entitled to the relief requested in

27   paragraph 6 of the prayer for relief.

28   7.   Defendant denies the Plaintiffs are entitled to the relief requested in

1  paragraph 7 of the prayer for relief.

2     8.    Defendant denies the Plaintiffs are entitled to the relief requested in

3  paragraph 8 of the prayer for relief.

4  

**ANSWER TO DEMAND FOR JURY TRIAL**

5     To the extent a response to Plaintiffs' jury demand is required, Defendant

6  denies that Plaintiffs are entitled to a jury trial for the claims asserted in the

7  Complaint.

8  

**AFFIRMATIVE DEFENSES**

9  

**FIRST AFFIRMATIVE DEFENSE**

10  

(Other Factors Caused Alleged Harm)

11    1.    Factors other than allegedly untrue statements of material fact,

12  omissions of material fact, misleading statements or other alleged actions by

13  Defendant caused some or all of the harm or damages alleged by Plaintiffs, to the

14  extent there was any.

15  

**SECOND AFFIRMATIVE DEFENSE**

16  

(No Causation)

17    2.    Defendant is not liable to Plaintiffs, in whole or in part, because the

18  losses that Plaintiffs allegedly suffered were not proximately caused by any act or

19  omission of Defendant.

20  

**THIRD AFFIRMATIVE DEFENSE**

21  

(Class Action Prerequisites)

22    3.    Plaintiffs cannot satisfy the prerequisites for class certification and,

23  therefore, cannot represent the interests of others.

24  

**FOURTH AFFIRMATIVE DEFENSE**

25  

(Failure to State a Class Action)

26    4.    The Complaint, and each claim for relief asserted therein, fails to state

27  facts sufficient to constitute a class action as to either Plaintiffs or Defendant.

28

24

## FIFTH AFFIRMATIVE DEFENSE

### (No Injury or Harm)

5.     Defendant's alleged conduct did not cause Plaintiffs or any putative class member harm and/or injury.

## SIXTH AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction)

6.     Plaintiffs' claims cannot proceed in this forum because the Court lacks subject matter jurisdiction over Plaintiffs' claims or, in the alternative, because the Court should exercise discretion to decline subject matter jurisdiction over Plaintiffs' claims.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Duty to Disclose)

7.     Plaintiffs' claims are barred because Defendant was under no duty to disclose any of the purported information Plaintiffs allege was not disclosed.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

8.     Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, including, but not limited to, California Business & Professions Code Section 17208.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver)

9.     Plaintiffs' claims are barred by the doctrine of waiver by reasons of the actions, acquiescence and course of conduct of Plaintiff and/or the members of the purported class.

## TENTH AFFIRMATIVE DEFENSE

### (Consent)

10.     Plaintiffs' claims are barred because Plaintiff and/or members of the purported class consented to the conduct about which Plaintiff now complains.

1

**ELEVENTH AFFIRMATIVE DEFENSE**

2

(Unclean Hands)

3

11.     Plaintiffs' claims are barred by the doctrine of unclean hands.

4

**TWELFTH AFFIRMATIVE DEFENSE**

5

(Laches)

6

12.     Plaintiffs' claims are barred in whole or in part by the doctrine of

7

laches.

8

**THIRTEENTH AFFIRMATIVE DEFENSE**

9

(Mitigation)

10

13.     Plaintiffs' claims are barred because Plaintiff and members of the

11

purported class have failed to mitigate the damages they allegedly incurred.

12

**PRAYER FOR RELIEF**

13

WHEREFORE, Defendant prays as follows:

14

1.     That Plaintiffs take nothing by reason of their Complaint, that

15

judgment be rendered in favor of Defendant;

16

2.     That Defendant be awarded costs of suit incurred in defense of this

17

action; and

18

3.     For such other relief as the Court deems proper.

19

Dated:  July 5, 2016                          MORRISON & FOERSTER LLP

20

21

22

By:  _____/s/ David F. McDowell_____
DAVID F. MCDOWELL

23

Attorneys for Defendant
ROSS STORES, INC.

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 5, 2016, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated: July 5, 2016                MORRISON & FOERSTER LLP

                            By:       /s/ *David F. McDowell*
                                   DAVID F. MCDOWELL

                                 Attorneys for Defendant
                                 ROSS STORES, INC.