UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-4701-MWF(AGRx)**                                Dated: **March 22, 2017**

Title:       Jose Jacobo -v- Ross Stores, Inc. et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

        Rita Sanchez                            Nichole Forrest
        Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

        Douglas Caiafa                       David McDowell
        Christopher Morosoff             Matt Cave

**PROCEEDINGS:**     **MOTION FOR ORDER DENYING CLASS CERTIFICATION [78]**

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:30 min