# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Douglas Caiafa | 2a. Contact Phone Number: (310) 444-5240 | 3a. Contact E-mail Address: dcaiafa@caiafalaw.com |
| 1b. Attorney Name (if different): | 2b. Attorney Phone Number: (310) 444-5240 | 3b. Attorney E-mail Address: dcaiafa@caiafalaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
DOUGLAS CAIAFA, A PROFESSIONAL LAW CORPORATION
118454 W. Olympic Blvd., Suite 1245
Los Angeles, CA 90064

5. Name & Role of Party Represented: Plaintiff Jose Jacobo

6. Case Name: Jose Jacobo et al. v. Ross Stores, Inc. etc.

7a. District Court Case Number: 2:15-cv-04701-MWF-(AGRx)
7b. Appeals Court Case Number: 17-56241

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

9. THIS TRANSCRIPT ORDER IS FOR:   ☒ Appeal  ☐ Non-Appeal   ☐ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2017 | Fitzgerald | | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: September 11, 2017   Signature: /s/ Douglas Caiafa

G-120 (3/16)