Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
42-215 Washington Street, Suite A-37
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiffs STACI CHESTER, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOSE JACOBO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROSS STORES, INC., et al., <br><br> Defendants. | Case No. 2:15-cv-04701-MWF-AGRx <br><br> **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** <br><br> Courtroom: 5A – First Street <br> Date: October 29, 2018 <br> Time: 10:00 a.m. <br> Judge: Hon. Michael W. Fitzgerald |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on **October 29, 2018,** at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the United States District Court for the Central District of California, Western Division, located at 350 West First Street, Los Angeles, California 90012, Plaintiffs Jose Jacobo and Theresa Metoyer (collectively, "Plaintiffs"), will, and hereby do, respectfully move this Honorable Court for an order: (1) granting preliminary approval of the settlement agreement Plaintiffs have executed with Defendant Ross Stores, Inc. ("Defendant") for $4,854,000 (Merchandise Credit with cash redemption option, administrative costs, attorneys' fees and expenses, and incentive awards) pursuant to Fed. R. Civ. Proc. 23(e); and, (2) certifying a class for settlement purposes pursuant to Fed. R. Civ. Proc. 23(b)(3).

This Motion is unopposed by Defendant and is based upon this Notice of Motion; Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class; the Declaration of Christopher J. Morosoff in support thereof; the Declaration of Douglas Caiafa in support thereof; the Declaration of Julie N. Green in support thereof; the Declarations of Plaintiffs; all filed and served concurrently herewith; as well as the pleadings and papers on file in this action, argument of counsel, any other material which may be submitted to the Court, and any other evidence or argument the Court may consider.

Dated: September 18, 2018        Respectfully submitted,
LAW OFFICE OF CHRISTOPHER J. MOROSOFF

By: /s/ *Douglas Caiafa*
Douglas Caiafa
Attorneys for Plaintiffs
JOSE JACOBO, et al.