1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE JACOBO, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ROSS STORES, INC., et al.,<br><br>　　　　Defendants. | **15-cv-04701-MWF-AGR**<br><br>[PROPOSED] **ORDER EXTENDING SETTLEMENT DEADLINES AND FINAL APPROVAL HEARING DATE** |

///
///
///

The Court, having considered the papers and arguments submitted in support of the Parties Stipulation to Extend Settlement Deadlines and Final Approval Hearing Date, finds and orders as follows:

**IT IS HEREBY ORDERED THAT**:

Pursuant to the Stipulation of the Parties, the Court hereby extends and re-sets the settlement administration deadlines and date for hearing on the Parties' anticipated Motion for Final Approval as follows:

| EVENT | DATE |
|---|---|
| Notice to Class by means of email to be disseminated by | January 21, 2019 |
| Notice to Class by means of magazine/newspaper publication to be completed by | January 21, 2019 |
| Notice to Class by means of electronic/internet publication to be completed by | March 1, 2019 |
| Last date for Class Members to file written objections to the Settlement | May 31, 2019 |
| Last date for Class Members to submit completed Opt-Out Form | May 31, 2019 |
| Last date for Class Members to submit valid claims | May 31, 2019 |
| Final Approval Hearing | July 22, 2019 At 10:00 a.m. |

**IT IS SO ORDERED**

Dated: Jan 3, 2019

_____
HON. MICHAEL W. FITZGERALD
United States District Judge

-1-
[PROPOSED] ORDER EXTENDING SETTLEMENT DEADLINES