Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiffs JOSE JACOBO et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE JACOBO, et al,<br><br>               Plaintiffs,<br><br>vs.<br><br>ROSS STORES, INC., et al,<br><br>               Defendants. | Case No. 2:15-cv-04701-MWF-AGRx<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Courtroom: 5A – First Street<br>Date: July 29, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Michael W. Fitzgerald |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on **July 29, 2019,** at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, CA 90012, Plaintiffs Jose Jacobo and Theresa Metoyer will, and hereby do, respectfully move this Honorable Court for an Order Granting Final Approval of Class Action Settlement that was preliminarily approved on December 7, 2018 (ECF Doc. No. 138).

This Motion is unopposed by Defendant and is made pursuant to Federal Rules of Civil Procedure 23(e). The motion will be based upon this Notice of Motion; Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Declarations and Exhibits filed concurrently herewith, as well as the pleadings and papers on file in this action, argument of counsel, any other material which may be submitted to the Court, and any other evidence or argument the Court may consider.

Dated:  June 27, 2019

Respectfully submitted,
DOUGLAS CAIAFA, A PROF. LAW CORP.

By: /s/ *Douglas Caiafa*
Douglas Caiafa
Attorneys for Plaintiffs
JOSE JACOBO and THERESA METOYER